IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAN SCRUGGS, MELISSA ANNE OLANO TRUST, et al.,**

      **Plaintiffs,**

      v.                              Case No. 3:05cv465/RV/MD

**FIDELITY NATIONAL INSURANCE COMPANY, et al.,**

      **Defendant.**

_____/

## ORDER

The stay entered herein on August 1, 2006, has now expired. The parties are directed to file a joint status report within 14 days from the date of this order.

DONE AND ORDERED this 8th day of November, 2006.

                                      */s/ Roger Vinson*
                                      **ROGER VINSON**
                                      **Senior United States District Judge**