IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

JAN SCRUGGS, et al.,
    Plaintiffs,

v.                                        CASE NO.: 3:05cv465/ RV/MD

FIDELITY NATIONAL INSURANCE
COMPANY, et al.,
    Defendants.

## O R D E R

This cause is before the court upon defendant's, Fidelity National Insurance Company's, motion to compel (doc. 61). Before the court rules on this matter, plaintiff shall have the opportunity to respond.

Accordingly, it is ORDERED:

Plaintiff shall respond to defendant's motion (doc. 61) at or before 12:00 noon on Thursday, May 31, 2007 by electronic filing.

DONE AND ORDERED this 30th day of May, 2007.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**