IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

JAN SCRUGGS, et al.,
    Plaintiffs,

v.     CASE NO.: 3:05cv465/ RV/MD

FIDELITY NATIONAL INSURANCE
COMPANY, et al.,
    Defendants.

## O R D E R

This cause is before the court upon plaintiffs' motion for protective order (doc. 63). Before the court rules on this matter, defendants shall have the opportunity to respond.

Accordingly, it is ORDERED:

Defendants shall respond to plaintiffs' motion (doc. 63) on or before 12:00 noon on Thursday, May 31, 2007 by electronic filing.

DONE AND ORDERED this 30th day of May, 2007.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**