## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JAN SCRUGGS, et al.

    VS                                              CASE NO.   3:05cv465/RV/MD

FIDELITY NATIONAL INSURANCE
COMPANY, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   May 30, 2007
Type of Motion/Pleading: <u>DEFENDANTS'MOTION TO COMPEL and PLAINTIFFS' MOTION FOR PROTECTIVE ORDER</u>
Filed by: <u>Plaintiffs/Defendants</u>  on <u>5/29/07</u>   Documents <u>61, 63</u>

( )   Stipulated/Consented/Joint Pleading
RESPONSES:
<u>Plaintiffs</u>                          on <u>5/31/07</u>     Doc.# <u>66</u>
<u>Defendants</u>                         on <u>5/31/07</u>     Doc.# <u>65</u>
                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          /s/ *C. Justice*
                                          Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 31st day of May, 2007, that:

(a)   The requested relief by both parties is GRANTED only to the extent set out below.

(b)   Discovery for the <u>sole</u> purpose of taking plaintiffs' depositions is extended to June 29, 2007.  Plaintiff's counsel shall make her clients available for deposition at the time and place, and in the manner (telephonically or in person) <u>designated by defendants</u>, no earlier than June 27 and no later than June 29, 2007.  The court is confident that defendants will consider the health circumstances of the plaintiffs in setting the depositions, but defendants' decision in this regard will not be negotiable.  Plaintiffs who fail to appear and testify as directed will forfeit their right to testify at trial.  Plaintiffs will answer the subject written discovery on time.

(c)   Requests for sanctions are denied without prejudice to later consideration.

                                                /s/ *Miles Davis*
                                              MILES DAVIS
Entered On Docket: _____ By: __UNITED STATES MAGISTRATE JUDGE
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.