# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAN SCRUGGS, et al.

      VS                             CASE NO.  3:05cv465/RV/MD

FIDELITY NATIONAL INSURANCE
COMPANY, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   June 28, 2007

Type of Motion/Pleading: RESPONSE TO NOTICE OF DEPOSITIONS DUCES TECUM treated as a Motion for Protective Order

Filed by: Plaintiff             on 6/27/07        Document   70

(  )  Stipulated/Consented/Joint Pleading

RESPONSES:

FIDELITY NATIONAL INS. COMPANY   on 6/27/07        Doc.# 71

_____   on _____   Doc.# _____

                     WILLIAM M. McCOOL, CLERK OF COURT

                     *s/ Elizabeth Cooley*
                     Deputy Clerk: Elizabeth Cooley

## ORDER

Upon consideration of the foregoing, it is ORDERED this 28th day of June, 2007, after a telephone hearing, that:

(a)    The requested relief is DENIED.

(b)    The depositions of Guy Olano, Ashley Olano and the Administrator of the Melissa Anne Olano Trust will be taken by defendants' counsel in the manner she determines, beginning at 12:00 noon on Friday, June 29, 2007.  The deposition of Jan Scruggs will be taken as soon as she is physically able to testify, but no later than July 13, 2007.  Failure of any or all deponents to testify as set out herein will prevent their being allowed to testify live at trial, and will likely result in a recommendation that this action be dismissed.  If any of the above persons do not appear as set out above, plaintiffs will be required to bear the cost of the court reporter.

(c)    If defendants need the testimony of any non-appearing witness named above for use at trial (if the case is not dismissed), such witnesses will be required to appear for deposition in Pensacola.  In that event, plaintiffs' counsel will not be allowed to cross-examine or otherwise preserve the testimony of the plaintiffs for trial.  Such deposition testimony (or any part of it) can be read at trial only to the extent that defendants choose.  Any such deposition testimony not used by defendants cannot be used by plaintiffs' counsel for any purpose.

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

Document No.

(d)   In the future, in all matters in this case, counsel will communicate personally
and directly, not through support staff.  Failure to return telephone calls will
be grounds for personal sanctions.


/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE